# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA AHN,<br><br>    Plaintiff,<br><br>    v.<br><br>GEO GROUP, INC., et al.,<br><br>    Defendants. | Case No. 1:22-cv-00586-JLT-BAK (SAB)<br><br>ORDER DENYING OREN NIMNI'S APPLICATION TO PROCEED *PRO HAC VICE* WITHOUT PREJUDICE<br><br>(ECF No. 4) |

The court has read and considered the application of Oren Nimni, attorney for Plaintiff Sylvia Ahn, for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2) of the Local Rules of Practice of the United States District Court for this District. (ECF No. 4.) Plaintiff's application does not include a certificate of good standing as indicated to have been attached to the application.

//

//

//

//

//

//

//

Accordingly, IT IS HEREBY ORDERED that Oren Nimni's application to appear *pro hac vice* is DENIED without prejudice to be resubmitted with the certificate of good standing.

IT IS SO ORDERED.

Dated:  **May 20, 2022**

_____
UNITED STATES MAGISTRATE JUDGE