# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA AHN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GEO GROUP, INC., et al.,<br><br>　　　　　Defendants. | Case No. 1:22-cv-00586-JLT-BAK (SAB)<br><br>ORDER GRANTING OREN NIMNI'S *PRO HAC VICE* APPLICATION<br><br>(ECF No. 11) |

The Court has read and considered the application of Oren Nimni, attorney for Plaintiff Sylvia Ahn, for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2) of the Local Rules of Practice of the United States District Court for this District. (ECF No. 11.) Having reviewed the application, Oren Nimni's application for admission to practice *pro hac vice* is HEREBY GRANTED. The *Pro Hac Vice* Attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated: __May 23, 2022__　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE