# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA AHN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GEO GROUP, INC., et al.,<br><br>　　　　　Defendants. | Case No. 1:22-cv-00586-JLT-BAK (SAB)<br><br>ORDER GRANTING AMARIS MONTES' *PRO HAC VICE* APPLICATION<br><br>(ECF No. 14) |

The Court has read and considered the application of Amaris Montes, attorney for Plaintiff Sylvia Ahn, for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2) of the Local Rules of Practice of the United States District Court for this District. (ECF No. 14.) Having reviewed the application, Amaris Montes' application for admission to practice *pro hac vice* is HEREBY GRANTED. The *Pro Hac Vice* Attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated: **June 8, 2022**

　　　　　　　　　　　　　　　　　　　　　　　　　　
UNITED STATES MAGISTRATE JUDGE

1