Lisa Knox, Esq. (SBN: 279406)
CALIFORNIA COLLABORATIVE FOR
IMMIGRANT JUSTICE
1999 Harrison St #1800
Oakland, CA 94612
Telephone: (510) 230-2746
Facsimile: (415) 840-0046
lisa@ccijustice.org

Oren Nissim Nimni*
Amaris Montes*
Sophie Angelis (SBN 341668)
RIGHTS BEHIND BARS
416 Florida Ave. NW #26152
Washington, D.C. 20001
Telephone: (202) 540-0029

Trevor Kosmo (SBN 329218)
Priya Arvind Patel (SBN 295602)
CENTRO LEGAL DE LA RAZA
3400 East 12th Street
Oakland, CA 94601
Telephone: (510) 838-0265
Facsimile: (510) 437-9164
tkosmo@centrolegal.org
ppatel@centrolegal.org

*Counsel for Plaintiff Sylvia Ahn*

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SYLVIA AHN, as daughter and on behalf of the Estate of Choung Woong Ahn, | ) ) ) ) | |
| Plaintiff, | ) | Case No. 1:22-cv-00586-JLT-BAK (SAB) |
| v. | ) ) ) | **NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT WITHOUT PREJUDICE; ORDER** |
| GEO GROUP, INC.; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT and; the CITY OF MCFARLAND, | ) ) ) ) ) | Judge: Hon. Stanley A. Boone |
| Defendants. | ) ) | |

**WHEREAS**, Defendant City of McFarland has not filed an answer or responsive pleading in this action; and

**WHEREAS**, no cross-claim or counter claim has been filed in this action.

**NOW, THEREFORE,** Plaintiff, Sylvia Ahn on behalf of the Estate of Choung Woong Ahn, hereby moves to voluntarily dismiss Defendant City of McFarland without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: June 23, 2022                                                       /s/ Trevor Kosmo

                                                                           Trevor Kosmo (SBN 329218)
                                                                           Priya Arvind Patel (SBN 295602)

NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE; [PROPOSED] ORDER
1

CENTRO LEGAL DE LA RAZA
3400 East 12th Street
Oakland, CA 94601
Telephone: (510) 838-0265
Facsimile: (510) 437-9164
tkosmo@centrolegal.org
ppatel@centrolegal.org

Oren Nissim Nimni*
Amaris Montes*
Sophie Angelis (SBN 341668)
RIGHTS BEHIND BARS
416 Florida Ave. NW #26152
Washington, D.C. 20001
Telephone: (202) 540-0029
oren@rightsbehindbars.org

Lisa Knox, Esq. (SBN: 279406)
CALIFORNIA COLLABORATIVE FOR IMMIGRANT JUSTICE
1999 Harrison St #1800
Oakland, CA 94612
Telephone: 5102302746
Facsimile: (415) 840-0046
lisa@ccijustice.org

*Counsel for Plaintiff Sylvia Ahn*

*pro hac vice*

# **ORDER**

Upon request of Plaintiff and good cause appearing,

**IT IS HEREBY ORDERED** that Defendant City of McFarland be and hereby is dismissed without prejudice from this action.

IT IS SO ORDERED.

Dated: _____          _____
                                UNITED STATES DISTRICT JUDGE