# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA AHN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GEO GROUP, INC., et al.,<br><br>　　　　Defendants. | Case No.: 1:22-cv-00586-JLT-BAK (SAB)<br><br>ORDER DISMISSING DEFENDANT CITY OF MCFARLAND WITHOUT PREJUDICE<br><br>(ECF No. 17) |

　　　　Plaintiff filed a notice of voluntary dismissal without prejudice of Defendant City of McFarland pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(i). (ECF No. 17). Accordingly, Defendant City of McFarland is terminated by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(i). The Clerk of the Court is directed to terminate Defendant City of McFarland.

IT IS SO ORDERED.

Dated: **June 24, 2022**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE