1  Cheryl Wilke, Esq.
2  Lewis Brisbois
3  110 SE 6th Street, Suite 2600
4  Ft. Lauderdale, FL 33301
5  Telephone (954-415-2220)
6  Attorneys for Defendant Geo Group Inc.
7
8  IN THE UNITED STATES DISTRICT COURT
9  EASTERN DISTRICT OF CALIFORNIA
10
11  SILVIA AHN                                     CASE NO: 1:22-00586-JLT-CDB

12          Plaintiff

13  v.                                             **GEO GROUP, INC'S RESPONSE TO**

14                                                 **PLAINTIFF'S MOTION FOR LEAVE TO FILE**

15                                                 **SECOND AMENDED COMPLAINT**

16  GEO GROUP INC ET AL.

17          Defendants.

18  _____/

19

20          THIS RESPONSE IS FILED by Defendant GEO Group, Inc. in response to the

21  Plaintiff Sylvia Ahn's Motion to File a proposed Second Amended Complaint, which requests:

22          (1) adding the United States as a defendant; and

23          (2) add six claims against defendants Immigration and Customs Enforcement (ICE)

24  and the United States under the Federal Tort Claims Act (FTCA).

25          GEO GROUP adopts and supports the Response as filed by ICE and therefore,

26      requests the Motion to denied. 3

27          Therefore, for the foregoing reasons, GEO GROUP reasserts its positions and

28      defense as set forth in its pending Motion to Dismiss and respectfully requests that this Court

29      deny the Plaintiff's request to file her Second Amended Complaint.

30

31

32                                                           Respectfully submitted,

33          Dated: March 31, 2023

34                                                           CHERYL WILKE ESQ.

35

36                                                           By: *Cheryl Wilke*

37                                                           Attorney for Geo Group

38

39

40

41                            **CERTIFICATE OF SERVICE**

42

43          I HEREBY CERTIFIY   that on March 31, 2023, a true and correct copy of the foregoing

44    has been served on all counsel of record via this Court's CM/ECF electronic filing system.

45

46

47                                                           /s/ *Cheryl Wilke*

48                                                           Attorney for Geo Group