PHILLIP A. TALBERT
United States Attorney
BRODIE M. BUTLAND
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000

Attorneys for Defendants United States
Immigration and Customs Enforcement and
the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA AHN,<br><br>Plaintiff,<br><br>v.<br><br>GEO GROUP, INC., et al.,<br><br>Defendants. | CASE NO. 1:22-CV-00586-CDB<br><br>UNITED STATES' <u>UNOPPOSED</u> NOTICE OF REQUEST TO SEAL DOCUMENT<br><br>Local Rule 141 |

Defendant United States of America hereby makes this *unopposed* request that a document be filed under seal in accordance with Local Rule 141 regarding its Motion to Dismiss to Plaintiff Sylvia Ahn's Second Amended Complaint.

Plaintiff's Second Amended Complaint brings claims against The GEO Group, Inc., Immigration and Customs Enforcement (ICE), and the United States in connection with her father's suicide while detained at the Mesa Verde federal detention center. ICE and the United States responded to the Second Amended Complaint with a motion to dismiss. At issue in the Motion to Dismiss, among others, are the provisions of the contract between GEO and ICE governing GEO's operation of Mesa Verde.

The United States requests that Exhibit 2-B to the Declaration of Natasha Nguyen be filed under seal because it potentially involves competitive information, and/or safety or security information relating to the operation of Mesa Verde and other facilities operated by GEO. Indeed, Attachment 19 explicitly states (page 21) that "[t]he Government considers such information privileged or confidential." After discussions between counsel for plaintiff and counsel for ICE and the United States,

plaintiff has reviewed Exhibit 2-B and agrees that in the current posture of the case and for current purposes of the present lawsuit, the contents of Exhibit 2-B may include financial, safety and/or security information that is agreed to be protected from disclosure pursuant to general safety and/or security concerns of employees and detainees at Mesa Verde and other GEO-operated detention facilities, as well as the financial privacy rights or competitive proprietary rights of ICE and GEO. The parties wish to protect the safety and privacy rights of the parties and any other third parties regarding safety, security, and/or financial information about the operation of Mesa Verde from unauthorized and unnecessary disclosure, and to prevent the possibility of any misuse or unnecessary disclosure of any safety, security and/or financial information regarding operation of Mesa Verde.

Therefore, for the foregoing reasons, the parties agree that the portion of the contract between GEO and Mesa Verde attached as Exhibit 2-B to Defendants' Motion to Dismiss be filed under seal.

Respectfully submitted,

Dated: June 16, 2023

PHILLIP A. TALBERT
United States Attorney

By: */s/ Brodie M. Butland*
BRODIE M. BUTLAND
Assistant United States Attorney

Attorneys for Defendant