IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA AHN,<br><br>                Plaintiff,<br><br>     v.<br><br>GEO GROUP, INC., et al.,<br><br>                Defendants. | CASE NO.  1:22-CV-00586-CDB<br><br>ORDER GRANTING CONSENT MOTION FOR EXTENSION TO PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS<br><br>(Doc. 57). |

On June 16, 2023, the United States Immigration and Customs Enforcement and the United States of America filed a motion to dismiss. (Doc. 54). Pending before the Court is Plaintiff Sylvia Ahn's consent motion for extension of time within which Plaintiff may file a response in opposition to Defendant's motion to dismiss. (Doc. 57). Plaintiff requests a 15-day extension of time to file an opposition to Defendants' motion to dismiss.

In light of Plaintiff's representations within the motion, Defendants' consent, and for good cause shown, it is HEREBY ORDERED:

1. Plaintiff's consent motion (Doc. 57) is GRANTED;

2. Plaintiff's opposition to the pending motion to dismiss (Doc. 54) shall be filed on or before July 14, 2023;

3. Any reply by the United States Immigration and Customs Enforcement and the United States

of America shall be filed within seven days of the filing of Plaintiff's opposition; and

4. Pursuant to Local Rule 230(g), the hearing on the motion to dismiss (Doc. 54), currently set for July 21, 2023, is vacated and the motion is submitted without appearance and argument. In the event the Court deems a hearing appropriate, one will be scheduled at a later date.

IT IS SO ORDERED.

Dated:   **June 22, 2023**                               _____
                                                         UNITED STATES MAGISTRATE JUDGE