1  PHILLIP A. TALBERT
   United States Attorney
2  BRODIE M. BUTLAND
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000

5  Attorneys for Defendants United States
   Immigration and Customs Enforcement and
6  the United States of America

7
                    IN THE UNITED STATES DISTRICT COURT
8
                        EASTERN DISTRICT OF CALIFORNIA
9

10

11 | SYLVIA AHN,                         | CASE NO. 1:22-CV-00586-CDB
   |                                     |
12 |                 Plaintiff,          | UNITED STATES' NOTICE OF FILING EXHIBIT
   |                                     | 2-B TO MOTION TO DISMISS PURSUANT TO
13 |           v.                        | DOCKET 56
   |                                     |
14 | GEO GROUP, INC., et al.,            |
   |                                     |
15 |                 Defendants.         |

16

17      Pursuant to the Court's Order of June 21, 2023, Defendants United States of America and U.S.

18 Immigration and Customs Enforcement hereby files Exhibit 2-B of its June 16, 2023, Motion to

19 Dismiss.

20

21                                              Respectfully submitted,

22  Dated: July 3, 2023                         PHILLIP A. TALBERT
                                                United States Attorney
23

24                                       By:    /s/ Brodie M. Butland
                                                BRODIE M. BUTLAND
25                                              Assistant United States Attorney

26                                              Attorneys for Defendants

27

28

UNITED STATES' NOTICE OF FILING EXHIBIT     1
2-B TO MOTION TO DISMISS