Lisa Knox  (SBN 279406)
Priya Arvind Patel  (SBN 295602)
CALIFORNIA COLLABORATIVE FOR
IMMIGRANT JUSTICE
1999 Harrison St #1800
Oakland, CA 94612
Telephone: (510) 230-2746
Facsimile: (415) 840-0046
lisa@ccijustice.org
priya@ccijustice.org

Oren Nissim Nimni*
Amaris Montes*
Sophie Angelis (SBN 341668)
RIGHTS BEHIND BARS
416 Florida Ave. NW #26152
Washington, D.C. 20001
Telephone: (202) 540-0029
oren@rightsbehindbars.org
amaris@rightsbehindbars.org
sophie@rightsbehindbars.org

*Counsel for Plaintiff Sylvia Ahn*

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA AHN,<br><br>Plaintiff,<br><br>v.<br><br>GEO GROUP, INC., et al.,<br><br>Defendants. | Case No. 1:22-cv-00586-JLT-BAK (SAB)<br><br>**<u>NOTICE OF WITHDRAWAL OF ATTORNEY ASSOCIATED WITH COUNSEL FOR PLAINTIFF AND REQUEST TO REMOVE NAME FROM ELECTRONIC SERVICE LIST</u>** |

PLEASE TAKE NOTICE that undersigned counsel, Sophie Angelis, previously associated with Rights Behind Bars, will no longer be employed by Rights Behind Bars or be working on this case. Please remove undersigned counsel's name from the electronic service list in the above-captioned case. The other attorneys listed above remain as counsel for Plaintiff.

Please continue to direct pleadings, motions, notices, correspondence, and other papers relating to the above-captioned case to the above-listed attorneys for Plaintiff.

Dated: August 30, 2023      Respectfully submitted,

                                                By:    */s/* Sophie Angelis
                                                         Sophie Angelis

                                                Counsel for Plaintiff

# CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2023, a true and accurate copy of the foregoing has been served on all counsel of record via this Court's CM/ECF electronic filing system.

/s/ Sophie Angelis

Sophie Angelis
RIGHTS BEHIND BARS
416 Florida Ave. NW #26152
Washington, D.C. 20001
Telephone: (202) 540-0029
sophie@rightsbehindbars.org

*Attorney for Plaintiff Sylvia Ahn*