| | |
|---|---|
| SYLVIA AHN,<br><br>Plaintiff,<br><br>v.<br><br>GEO GROUP INC., *et al.*,<br><br>Defendants. | Case No. 1:22-cv-00586-CDB<br><br>ORDER GRANTING THIRD JOINT MOTION TO EXTEND DEADLINE TO FILE THIRD AMENDED COMPLAINT<br><br>(Doc. 72) |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

On March 25, 2024, the Court granted the motion of Defendants the United States of America and the United States Immigration & Customs Enforcement (ICE) to dismiss ICE as a party and claims asserted against the United States of America by Plaintiff Sylvia Ahn. (Doc. 66). Plaintiff was granted leave to amend her claim asserting negligence for nondelegable duties under the Federal Tort Claims Act to the extent of remedying the deficiencies noted in the Court's order. (Doc. 66 at 5, 18). The Court ordered any third amended complaint be filed within 21 days of entry of the Court's order. *Id*. at 18. The Court thereafter granted the parties' stipulated requests to extend the filing deadline. (Docs. 69, 71).

Pending before the Court is the third joint motion of Plaintiff and Defendant the United States of America to extend the deadline to file a third amended complaint. (Doc. 72). The parties represent they had been in settlement discussions but discovered that a settlement of Plaintiff's claims would not be feasible. *Id*.

In light of the parties' representations and good cause appearing, IT IS HEREBY ORDERED: Plaintiff's deadline to file any third amended complaint is extended to May 29, 2024 (*see* Fed. R. Civ. P. 15(a)(2)), and Defendants' response shall be filed within 14 days thereafter.

The Court will set a scheduling conference once the pleadings have been settled, as appropriate.

IT IS SO ORDERED.

Dated: **May 20, 2024**

_____
UNITED STATES MAGISTRATE JUDGE