1  PHILLIP A. TALBERT
United States Attorney
2  BRODIE M. BUTLAND
Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
Fresno, CA 93721
4  Telephone:  (559) 497-4000

5  Attorneys for Defendant United States of America

6
7                    IN THE UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9  SYLVIA AHN,                              CASE NO.  1:22-CV-00586-CDB

10                        Plaintiff,        NOTICE OF MOTION AND MOTION TO
                                            DISMISS PLAINTIFF'S THIRD AMENDED
11             v.                           COMPLAINT

12  GEO GROUP, INC., et al.,                Date:      July 31, 2024
                                            Time:      10:30am
13                        Defendants.       Location:  Bakersfield Courthouse
                                                       510 19th Street
14                                                     Bakersfield, CA 93301

15
16            **NOTICE OF MOTION AND MOTION TO DISMISS**

17        PLEASE TAKE NOTICE, that pursuant to Federal Rules of Civil Procedure 12(b)(1) and

18  12(b)(6) and Local Rule 230, Defendant United States of America moves to dismiss all claims against it

19  in Plaintiff Sylvia Ahn's Third Amended Complaint (ECF 74).  The Motion will be heard before the

20  Honorable Christopher D. Baker, United States Magistrate Judge, on July 31, 2024, at 10:30am in the

21  Bakersfield United States Courthouse, 510 19th Street in Bakersfield, California, or such other time as

22  the Court directs.

23        The Court lacks jurisdiction over claims against the United States, and plaintiff has failed to state

24  a claim against the United States, because (1) the United States is immune from claims based on the acts

25  or omissions of an independent contractor; and (2) all of alleged acts or omissions by the United States

26  fall within the discretionary function exception to the FTCA.

27        This motion is based on this notice of motion and motion and Defendant's concurrently filed

28  Memorandum, the previously-filed Declarations of Nancy Gonzalez and Natasha Nguyen and the

1  exhibits thereto, the record of this case, and such other evidence or argument as the Court may consider.

2

3

4                                              Respectfully submitted,

5  Dated:  June 12, 2024                       PHILLIP A. TALBERT
                                               United States Attorney
6

7                                      By:  */s/ Brodie M. Butland*
                                           BRODIE M. BUTLAND
8                                          Assistant United States Attorney

9                                          Attorneys for Defendant

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28