UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA AHN,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>GEO GROUP INC., *et al.*,<br><br>　　　　　　　Defendants. | Case No. 1:22-cv-00586-CDB<br><br>ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE OPPOSITION TO MOTION TO DISMISS<br><br>(Doc. 77) |

　　　　On June 12, 2024, Defendant the United States of America filed a motion to dismiss Plaintiff Sylvia Ahn's ("Plaintiff") third amended complaint. (Doc. 76). Pending before the Court is Plaintiff's unopposed motion to extend her deadline to file an opposition to the motion to dismiss. (Doc. 77).

　　　　In light of Plaintiff's representations and good cause appearing, IT IS HEREBY ORDERED: Plaintiff's deadline to file an opposition to Defendant's motion to dismiss is extended to July 10, 2024.

IT IS SO ORDERED.

　　Dated: __**June 21, 2024**__　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE