# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | | |
|---|---|---|
| Sylvia Ahn | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:22-cv-00586-CDB |
| Geo Group, Inc., et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Sylvia Ahn .

Date: 10/01/2024

s/ Jordan D. Segall
*Attorney's signature*

Jordan D. Segall, Bar# 281102
*Printed name and bar number*

350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
*Address*

jordan.segall@mto.com
*E-mail address*

(213) 683-9208
*Telephone number*

*FAX number*