# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | | |
|---|---|---|
| Sylvia Ahn | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:22-cv-00586-CDB |
| Geo Group, Inc., et. al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Sylvia Ahn.

Date: 10/01/2024

/s/ Aseem Mehta
*Attorney's signature*

Aseem Mehta, Bar #338020
*Printed name and bar number*

Asian Law Caucus
55 Columbus Avenue
San Francisco, CA 94111
*Address*

aseemm@asianlawcaucus.org
*E-mail address*

(415) 848-7725
*Telephone number*

(415) 896-1702
*FAX number*