UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA AHN,<br><br>             Plaintiff,<br><br>     v.<br><br>GEO GROUP, INC., *et al.*,<br><br>             Defendants. | Case No. 1:22-cv-00586-CDB<br><br>ORDER GRANTING APPLICATION OF LILLIAN NOVAK TO PRACTICE *PRO HAC VICE*<br><br>(Doc. 87) |

The Court has considered the application of Lillian Novak, attorney for Plaintiff Sylvia Ahn, for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2).  (Doc. 87).  In light of the application and for good cause appearing, the application for admission to practice *pro hac vice* is HEREBY GRANTED:

The *pro hac vice* attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:   **October 3, 2024**                                     _____
                                                                                   UNITED STATES MAGISTRATE JUDGE