| | |
|---|---|
| Jordan Dentler Segall | Trevor Kosmo |
| Felipe De Jesus Hernandez | Aseem Mehta |
| Munger, Tolles & Olson LLP | Asian Law Caucus |
| 350 South Grand Avenue | 55 Columbus Ave. |
| Los Angeles, CA 90071 | San Francisco, CA 94111 |
| 213-683-9208 | 628-215-8451 |
| jordan.segall@mto.com | trevork@asianlawcaucus.org |
| felipe.hernandez@mto.com | aseemm@asianlawcaucus.org |
| | |
| Amaris Montes, pro hac vice | Lisa Knox  (SBN 279406) |
| Lily Novak, pro hac vice | Priya Arvind Patel  (SBN 295602) |
| RIGHTS BEHIND BARS | CALIFORNIA COLLABORATIVE FOR IMMIGRANT JUSTICE |
| 416 Florida Ave. NW #26152 | |
| Washington, D.C. 20001 | 1999 Harrison St #1800 |
| Telephone: (202) 540-0029 | Oakland, CA 94612 |
| amaris@rightsbehindbars.org | (510) 230-2746 |
| ily@rightsbehindbars.org | lisa@ccijustice.org |
| | priya@ccijustice.org |

*Counsel for Plaintiff Sylvia Ahn*

| | |
|---|---|
| Cheryl Wilke | Seunghyun Sim |
| Lewis Brisbois Bisgaard & Smith | Lewis Brisbois Bisgaard & Smith LLP |
| 110 SE 6th Street Ste 2600 | 633 W 5th St, Ste 4000 |
| Fort Lauderdale, FL 33301 | Los Angeles, CA 90071-2074 |
| 954-495-2220 | 213-580-6361 |
| cheryl.wilke@lewisbrisbois.com | Celine.Sim@lewisbrisbois.com |

*Counsel for Defendant GEO Group, Inc*

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA AHN, | Case No. 1:22-cv-00586-CDB |
| Plaintiff, | **FIRST JOINT STIPULATION TO EXTEND TIME TO RESPOND TO DISCOVERY PENDING MEDIATION** |
| vs. | |
| GEO GROUP, INC., et al., | |
| Defendants. | |

Pursuant to Rule 83 of the Federal Rules of Civil Procedure and Local Rule 144 for the United States District Court for the Eastern District of California, Plaintiff, Sylvia Ahn, and Defendant, GEO Group, Inc, by and through their attorneys, hereby jointly agree to extend the time to respond to GEO Group's "Rule 34 Demands for Inspection and Production of Documents, Electronically Stored Information and Tangible Things," which includes GEO Group's first set of interrogatories and request for document production, dated September 23, 2024, for twenty-eight (28) days to November 20, 2024, while the parties pursue mediation. This is the parties first request for an extension related to said discovery requests.

Dated:  October 22, 2024              Respectfully submitted,

/s/ Jordan Segall
Jordan Dentler Segall
Felipe De Jesús Hernández
Munger, Tolles & Olson LLP
*Attorneys for Plaintiff*

Dated:  October 22, 2024              Respectfully submitted,

/s/ Cheryl Wilke
Cheryl Wilke
Seunghyun Sim
Lewis Brisbois Bisgaard & Smith
*Attorneys for GEO Group, Inc.*