UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA AHN,<br><br>            Plaintiff,<br><br>     v.<br><br>GEO GROUP INC., *et al.*,<br><br>            Defendants. | Case No. 1:22-cv-00586-CDB<br><br>ORDER GRANTING PARTIES' SECOND STIPULATED REQUEST TO EXTEND TIME TO RESPOND TO DISCOVERY PENDING MEDIATION<br><br>(Doc. 92) |

**Background**

On October 22, 2024, Plaintiff Sylvia Ahn ("Plaintiff") and Defendant GEO Group, Inc. ("Defendant"; collectively, the "parties"), stipulated to extend the time to November 20, 2024 for Plaintiff to respond to Defendant's "Rule 34 Demands for Inspection and Production of Documents, Electronically Stored Information and Tangible Things," which includes Defendant's first set of interrogatories and requests for document production, which were served on September 23, 2024.  (Doc. 90).

Pending before the Court is the second stipulated request to extend time for Plaintiff to respond to Defendant's first set of interrogatories and requests for document production.  (Doc. 92).  The parties agree that a further extension of the November 20, 2024 discovery deadline to March 31, 2025, will facilitate their current efforts for a mutual resolution of this case via mediation.  (Doc. 92).  The parties further agree not to serve or respond to any further discovery requests until after mediation is complete, unless mediation efforts fail or unless those discovery requests are agreed to or ordered by the undersigned and related to the mediation proceedings.

*Id.*

This case has not been scheduled and case management dates governing discovery deadlines have not been set by the Court because a defense motion to dismiss remains pending. *See* (Doc. 76).

**Conclusion and Order**

Accordingly, with good cause appearing, the parties' second stipulated request to extend time to respond to discovery (Doc. 92) is GRANTED.

It is HEREBY ORDERED that the deadline for Plaintiff to respond to Defendant's first set of interrogatories and requests for document production is extended to **March 31, 2025**. It is FURTHER ORDERED that no party shall serve or respond to any further discovery requests until after mediation is complete, unless parties so stipulate or by leave of Court after a showing of good cause.

IT IS SO ORDERED.

Dated:   **November 22, 2024**                                        _____
                                                                                          UNITED STATES MAGISTRATE JUDGE